Announced Wednesday, June 23.

38500. The State of Ohio, appellee v. Harry F. Winters, appellant. Champaign County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38780. Frederick M. Smith, Admr., appellee v. United Properties, Inc., appellant.

38781. Aileen Schilliger, appellee v. Graceland Shoppers Mart, Inc., appellant. Franklin County. Appeals from the Court of Appeals. Judgments affirmed. Corrigan, Herbert, Schneider and Brown, JJ., concur. Taft, C. J., Matthias and O'Neill, JJ., dissent.

38918. John J. Delfino, Jr., appellant v. Paul Davies Chevrolet, Inc., appellee. Franklin County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38919. Jack Thompson, appellee v. City of Cincinnati, appellee; City of Loveland, appellant, et al. Hamilton County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, VanNostran and Brown, JJ., concur.

38992. The State of Ohio, appellee v. David Schwartz, appellant. Franklin County. Certified by the Court of Appeals. Dismissed on application of appellant.

39141. John Munchick et al., appellants v. The Fidelity & Casualty Co. of New York, appellee. Belmont County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Kerns, JJ., concur.

39185. Irvin Carson v. E. B. Haskins, Supt., London Correctional Institution. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39215. Tommy Harris v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39228. The State of Ohio, appellee v. Tom Batianis, a.k.a. Tom Bateanas, appellant. Stark County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39326. Graham P. Barnhart v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39342. The State of Ohio, appellee v. Gene Daniel Boals, appellant. Columbiana County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill and Herbert, JJ., concur. Brown, J., not participating.

39350. Dubin Housing Corp., appellee v. William B. Gurley et al., appellants. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39357. George A. Crockett v. E. B. Haskins, Supt., London Correctional Institution. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.